No. 244. SENTINEL LIFE INSURANCE CO. *v.* BLACKMER. October 14, 1935. Petition for writ of certiorari

to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. William H. Allen* and *S. Harrison White* for petitioner. *Mr. Frank N. Bancroft* for respondent.